IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-01592-REB-CBS

ROBERT LONCAR,
JOSEPH T. McCULLOUGH, and
JAMES OTIS, JR.,

    Plaintiffs,

v.

WESTERN PEAK, LLC, a Colorado limited liability company,
JC VENTURES, an unincorporated Colorado business entity,
CYNTHIA M. PETERS and
PROSPERITY BOOKKEEPING, INC., a Colorado corporation, both dba
CMP FINANCIAL,
MERGING RIVERS, LLC, a Colorado limited liability company,
ROARING FORK RIVER DEVELOPMENT, LLC, a Colorado limited liability company, and
LITTLE RED SKI HAUS, LLC, a Colorado limited liability company,

    Defendants.

# SCHEDULING ORDER

**Blackburn, J.**

The matter before me is plaintiffs' **Emergency Motion For Temporary Restraining Order and/or Preliminary Injunction** [#6] filed July 31, 2008. A scheduling order should be entered to arrange, schedule, and coordinate the briefing and hearing necessary to resolve the pending motion insofar as it requests the entry of a preliminary injunction.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendants **SHALL FILE** responses[1] to the motion by 12:00 p.m., on

---

[1] The responses are subject to **REB Civ. Practice Standard V.B.1.**, which limits the number of pages to 15.

Wednesday, August 6, 2008;

2. That plaintiffs **SHALL FILE** replies[2] to the responses by 12:00 p.m., on Friday, August 8, 2008; and

3. That the court **SHALL HEAR** that part of plaintiffs' **Emergency Motion For Temporary Restraining Order and/or Preliminary Injunction** that requests a preliminary injunction on Monday, August 11, 2008, commencing at 9:00 a.m. (MDT), reserving the balance of the morning, if necessary.[3]

Dated August 1, 2008, at Denver, Colorado.

                                               **BY THE COURT:**

                                             **s/ Robert E. Blackburn**
                                             **Robert E. Blackburn**
                                             **United States District Judge**

---

[2] The replies are subject to **REB Civ. Practice Standard V.B.1.**, which limits the number of pages to 10.

[3] The hearing shall be conducted in courtroom A701 in the Alfred A. Arraj, United States Courthouse, 901 19th Street, Denver, CO 80294. At the outset of the hearing, the court will allocate the available time between the parties.