## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 08-cv-01592-REB-CBS

ROBERT LONCAR,
JOSEPH T. McCULLOUGH, and
JAMES OTIS, JR.,

    Plaintiffs,

v.

WESTERN PEAK, LLC, a Colorado limited liability company,
JC VENTURES, an unincorporated Colorado business entity,
CYNTHIA M. PETERS, and
PROSPERITY BOOKKEEPING, INC., a Colorado corporation,
   both d/b/a CMP FINANCIAL,
MERGING RIVERS, LLC, a Colorado limited liability company,
ROARING FORK RIVER DEVELOPMENT, LLC, a Colorado limited liability company, and
LITTLE RED SKI HAUS, LLC, a Colorado limited liability company,

    Defendants.

---

## MINUTE ORDER[1]

---

The matter comes before the court on **Plaintiff's Motion For Leave To Withdraw Motion For Temporary Restraining Order and/or Preliminary Injunction** [#16] filed August 8, 2008. After review of the motion and the file, the court has concluded that the motion should be granted and the hearing set for August 11, 2008, should be vacated.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Motion For Leave To Withdraw Motion For Temporary Restraining Order and/or Preliminary Injunction** [#16] filed August 8, 2008, is **GRANTED**;

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

2.  That plaintiffs' **Emergency Motion For Temporary Restraining Order and/or Preliminary Injunction - Request for Emergency Hearing** [#6] filed July 31, 2008, is **WITHDRAWN**; and

3.  That the hearing set for Monday, August 11, 2008, commencing at 9:00 a.m., is **VACATED**.

Dated:  August 8, 2008