## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 08-cv-01592-REB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  September 15, 2008** | **Courtroom Deputy:** Kathleen Finney |

ROBERT LONCAR, *et al.,*  George M. Allen, via telephone

    **Plaintiffs,**

    v.

WESTERN PEAK, LLC,  Brian T. Moore, via telephone
a Colorado limited liability company, *et al.*,  Peter B. Goldstein, via telephone
                                                                                  David L. Lenyo, via telephone
                                                                                   James F. Fosnaught, via telephone

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:**     9:16 a.m.
Court calls case.  Appearances of counsel.

Status Conference is based upon two pending motions [Docket Nos. 21 and 31].

Discussion regarding access to  4 - 5 boxes of records now in possession of  Defendants' counsel.

**It is ORDERED:**    The Motion to Withdraw as Counsel by Defendants Western Peak, LLC and JC Ventures [Docket No. 31, filed 9/11/2008] is **GRANTED.**  David L. Lenyo and the law firm of Garfield & Hecht, P.C. are hereby withdrawn as counsel of record in this action.

**It is ORDERED:**    Plaintiffs shall file their First Amended Complaint **on or before SEPTEMBER 19, 2008.**

**It is ORDERED:**    Defendants' Motion to Vacate Scheduling Conference and for Protective Order Staying Discovery Pending the Court's Ruling on the Defendants' Motions to Dismiss [Docket No. 21, filed 9/08/2008] is **GRANTED.**

**It is ORDERED:** The parties must have a Rule 26(f) conference **on or before OCTOBER 3, 2008.**

**It is ORDERED:** The parties must serve their Rule 26(a)(1) disclosures **on or before OCTOBER 8, 2008.**

HEARING CONCLUDED.

**Court in recess:** **9:49 a.m.**
Total time in court: 00:33