**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action No.: 08-cv-01592-PAB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: November 18, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| ROBERT LONCAR, *et al.*, | George M. Allen, via telephone |
| **Plaintiffs,** | |
| v. | |
| WESTERN PEAK, LLC, | Brian T. Moore, via telephone |
| a Colorado limited liability company, *et al.*, | Sander N. Karp, via telephone |
| | James F. Fosnaught, via telephone |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  MOTION HEARING**
**Court in Session:    3:32 p.m.**
Court calls case. Appearances of counsel.

Counsel discuss with the court and make arguments regarding Defendants' Motion for Protective Order Staying Discovery Pending the Court's Ruling on the Defendants' Second Motion to Dismiss [filed October 3, 2008; doc. 37].

**ORDERED:**  Defendants' Motion for Protective Order Staying Discovery Pending the Court's Ruling on the Defendants' Second Motion to Dismiss [filed October 3, 2008; doc. 37] is granted.  All discovery is STAYED for the reasons stated on the record.  Plaintiffs may move to reconsider this order following the filing of a further motion to amend the complaint.

Plaintiffs shall make initial Rule 26(a) disclosures by November 24, 2008 at noon.

HEARING CONCLUDED.

**Court in recess:    4:14 p.m.**
Total time in court:    00:42

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.