# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

Civil Action No.: 08-cv-01592-PAB-CBS     **FTR** - Reporter Deck - Courtroom A402

Date: February 20, 2009     **Courtroom Deputy:** Kathleen Finney

---

ROBERT LONCAR, *et al.,*     George M. Allen, via telephone

    **Plaintiffs,**

    v.

WESTERN PEAK, LLC,     Brian T. Moore, via telephone

a Colorado limited liability company, *et al*.,     Sander N. Karp, via telephone

    **Defendants.**

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   TELEPHONIC MOTION CONFERENCE**
**Court in Session: 3:03 p.m.**
Court calls case.  Telephonic appearances of counsel.

Counsel discuss with the Court and make arguments regarding Plaintiffs' Motion for Leave to File Second Amended Complaint [Docket No. 55, filed 1/20/2009].

**ORDERED:**     Plaintiffs' Motion for Leave to File Second Amended Complaint [#55]  is **GRANTED,** for reasons stated on the record.  The proposed Second Amended Complaint [#55] is accepted for filing as of today's date.

**ORDERED:**     FED.R.CIV.P. 16(b) scheduling and planning conference is set for:  **March 17, 2009 at 9:00 a.m.**

    In preparation for the scheduling/planning conference, the parties are directed to confer in accordance with FED.R.CIV.P. 26(f), and the parties shall comply with the mandatory disclosure requirements of FED.R.CIV.P. 26(a)(1) on or before: **March 3, 2009.**

    The parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L., on

**Civil Action No.   08-cv-01592-PAB-CBS**
**Date**: **February 20, 2009**

or before: **March 4, 2009.**

**ORDERED:**      Defendant's oral Motion to Attend the Scheduling Conference by
Telephone is **GRANTED.**  Parties are to call chambers 9303-844-2117)
on a joint telephone call prior to the time of the Scheduling Conference.


HEARING CONCLUDED.

**Court in recess:   3:37 p.m.**
Total time in court:    00:34

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at
(303) 825-6119 or toll free at 1-800-962-3345.