IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 08-cv-01592-PAB-CBS

ROBERT LONCAR,
JOSEPH T. McCULLOUGH, and
JAMES OTIS, JR.,
LITTLE RED SKI HAUS, LLC,
a Colorado limited liability company, and
ROARING FORK RIVER DEVELOPMENT, LLC,
a Colorado limited liability lompany,

       Plaintiffs,

v.

DAVID R. FIORE, individually and
d/b/a JC Ventures;
WESTERN PEAK, LLC,
a Colorado limited liability company;
CYNTHIA M. PETERS and
PROSPERITY BOOKKEEPING, INC.,
a Colorado corporation, both d/b/a
CMP FINANCIAL;
RLF ENTERPRISES, LLC,
a Colorado limited liability company;
BEVERLY FIORE, individually, and
JOHN DOE(S) ONE THROUGH TEN, and/or
JANE DOE(s) ONE THROUGH TEN and/or
DOE ENTITY(IES) ONE THROUGH TEN,

       Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

       IT IS HEREBY ORDERED that the Stipulated Motion for Protective Order (*doc. no. 85)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 85-2)* is accepted by the court.

       The parties are reminded that they will be required to comply fully with all provisions of D.C.COLOL.CIVR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**  April 9, 2009