IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01592-PAB-CBS

ROBERT LONCAR, et al.,

    Plaintiffs,

v.

DAVID R. FIORE, individually and d/b/a JC Ventures, et al.,

    Defendants.

_____

**ORDER STAYING CASE**
_____

This matter is before the Court on the parties' Stipulated Motion to Stay Proceedings Pursuant to Contingent Settlement Agreement [Docket No. 106]. In the motion, the parties request a forty-five day stay of all proceedings in this action to facilitate the execution of a contingent settlement agreement. The Court finds that the motion states good cause for a stay. Accordingly it is

**ORDERED** that this action shall be STAYED for a period of forty-five days from the date of this Order. The stay shall be automatically lifted at the expiration of this forty-five day period unless the parties jointly move for an extension three business days prior to that time. It is further

**ORDERED** that the parties shall submit a status report to the Court addressing the progress made towards settlement forty-five days from the date of this Order.

DATED July 28, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge