# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

Civil Action No.:  **08-cv-01592-PAB-CBS**          **FTR** - Reporter Deck - Courtroom A402
**Date:   March 9, 2010**                                           **Courtroom Deputy:**   Linda Kahoe

ROBERT LONCAR, *et al.,*                               George Maurice Allen

          Plaintiffs,

v.

WESTERN PEAK, LLC, *et al.,*                          Brian Thomas Moore

CYNTHIA M. PETERS,                                      James Francis Fosnaught

          Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC MOTIONS HEARING**
**Court in session:        8:06 a.m.**
Court calls case.  Appearances of counsel.


**ORDERED**:   Unopposed Motion to Modify Scheduling Order, doc #[137], is **GRANTED. THE COURT DOES NOT INTEND TO GRANT ANY ADDITIONAL EXTENSIONS**.  The Scheduling Order is modified as follows:

          Discovery cutoff is **SEPTEMBER 3, 2010**
          Dispositive Motions are due no later than **OCTOBER 1, 2010**
          Affirmative experts must be designated on or before **JULY 2, 2010**
          Rebuttal experts must be designated on or before **AUGUST 6, 2010**
          Written discovery must be served no later than **JULY 31, 2010**

**ORDERED**:   Western Peak Defendants' Unopposed Motion for Leave to Supplement Pleadings, doc #[139], is **GRANTED**.  Any supplemental pleadings must be filed no later than **MARCH 23, 2010.**

Discussion regarding Western Peak's Motion to Compel Responses to Discovery, doc #[133], filed 2/22/2010. The court notes the lack of compliance with the court's Practice Standards.

Discussion regarding discovery disputes.

**ORDERED**: Plaintiff shall serve discovery responses that comply with Rule 26, Rule 33, Rule 34, and Rule 36 **no later than 5:00 p.m. on MARCH 19, 2010.** If those responses are not served on defense counsel by the close of business on March 19th, defense counsel may pursue sanctions under Rule 37.

**ORDERED**: Western Peak's Motion to Compel Responses to Discovery, doc #[133], is **DENIED WITHOUT PREJUDICE**.

Discussion and arguments regarding location and dates for depositions.

**ORDERED**: Counsel shall confer and set firm dates for depositions by the end of this week.


HEARING CONCLUDED.

**Court in recess**:          **8:35 a.m.**
Total time in court:     00:29