**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 08-CV-01592-PAB-CBS

ROBERT LONCAR, et al.,

Plaintiffs,

-vs-

DAVID R. FIORE, et al.,

Defendants.

**ORDER COMPELLING GEORGE ALLEN**
**TO PRODUCE DOCUMENTS**

This matter came before the Court on September 6, 2012 for a hearing on the Western Peak Defendants' Motion to Compel Discovery Responses. This Motion sought to compel George Allen to respond to Interrogatories and Request for Production of Documents served on him by the Western Peak Defendants, pursuant to Fed.R.Civ.P. 33, 34, and 69(a)(2). At the conclusion of the hearing the Court granted the motion and ordered Allen to produce all requested information and documents to the Western Peak Defendants by 5:00 p.m. on September 10. The Court further awarded the Western Peak Defendants the fees they had incurred in bringing the Motion, but not in appearing at the hearing, and directed the parties to confer regarding the amount of the award.

In light of discussions during the hearing, the Court further gave the parties leave

to submit a proposed stipulated form of order to supersede the Order entered by the Court from the bench. The parties have done so, and pursuant to the stipulation of the parties, the Court hereby ORDERS:

1. By 5:00 p.m. on September 11, 2012, Allen will produce to Brian Moore, counsel of record for the Western Peak Defendants, all documents requested in the Requests for Production of Documents which the Western Peak Defendants served upon Allen.

2. Moore will not use the documents produced by Allen for any purpose except this litigation. This permitted use includes: sharing the documents with individuals associated with his law firm (Jester Gibson & Moore, LLP); submitting the documents to the Court as exhibits to motions or other filings; using the documents in the course of depositions taken in this action; and using the documents as exhibits or showing them to witnesses in connection with hearings held in connection with this matter. Otherwise, Moore may not disclose or share the documents except pursuant to court order or other legal compulsion.

Dated this 11th day of September, 2012.

BY THE COURT:

_____
United States Magistrate Judge

APPROVED BY:

| | |
|---|---|
| /s George M. Allen | /s Brian T. Moore |
| George M. Allen | Brian T. Moore |
| 75 East 100 South PO Box 92 | Jester Gibson & Moore, LLP |
| Hanksville, UT 84734 | 1999 Broadway, Ste. 3225 |
| | Denver, CO  80202 |