# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  08-CV-01592-PAB-CBS

ROBERT LONCAR,
JOSEPH T. MCCULLOUGH,
JAMES OTIS, JR.,
LITTLE RED SKI HAUS, LLC, a Colorado Limited Liability Company, and
ROARING FORK RIVER DEVELOPMENT, LLC, a Colorado Limited Liability Company,

    Plaintiffs,

v.

WESTERN PEAK, LLC, a Colorado Limited Liability Company,
CYNTHIA M. PETERS, d/b/a CMP Financial,
PROSPERITY BOOKKEEPING, INC., a Colorado Corporation,
both d/b/a CMP Financial,
DAVID R. FIORE, individually and d/b/a JC Ventures,
BEVERLY FIORE, individually, and
RLF ENTERPRISES, LLC, a Colorado limited liability company,

    Defendants.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) and the Order [ECF #186] of Judge Philip A. Brimmer entered on May 3, 2012 and subsequent Order [ECF #207] os Magistrate Judge Craig B. Shaffer entered on October 15, 2012, the following Amended Final Judgment is hereby entered, and replaces the Final Judgment [ECF #188] entered in this case on May 29, 2012.

IT IS ORDERED that the Stipulated Motion to Substitute Party and Amend Judgment dated September 10, 2012 is GRANTED.  It is

FURTHER ORDERED that judgment is hereby entered in favor of Jester Gibson

& Moore, LLP and against George M. Allen and George M. Allen, P.C., jointly and severally, for attorneys' fees in the amount of $42,826.50. It is

FURTHER ORDERED that judgment is hereby entered in favor of defendants Cynthia M. Peters and Prosperity Bookkeeping, Inc. and against George M. Allen for attorneys' fees in the amount of $26,183.00. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of entry of judgment. *See* Selected Interest Rates, Board of Governors of the Federal Reserve System, http://www.federalreserve.gov/releases/h15/current/.  It is FURTHER ORDERED that defendants may have their costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this   18th day of October, 2012, *nunc pro tunc*  to the 29th day of May, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/ Edward P. Butler
Edward P. Butler
Deputy Clerk